In the Matter of the Claim of MADELINE ADINOLFI, Respondent. MARTIN P. CATHERWOOD, as Industrial Commissioner, Appellant.— Motion for the appointment of an attorney and counselor at law to represent the claimant-respondent on this appeal pursuant to section 538 (subd. 1, pars. [d], [e]) of the Labor Law. Motion granted and William James Lake, Esq., 55 West 42nd St., New York, New York, is hereby appointed as attorney for such claimant-respondent. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

KARL GOULD, Plaintiff, v. FIRST NATIONAL BANK OF NEWARK VALLEY et al., Defendants.— Motion to dismiss the appeal on behalf of the defendant-respondent Smullen denied, without costs. The order of this court, entered on January 18, 1960, is amended so as to provide that the time of the appellant to perfect his appeal, serve note of issue, and file and serve his record and brief be extended to April 19, 1960, and the case be ready for argument at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

RAY WHISPELL, JR., Appellant, v. SOCONY MOBIL OIL CO. INC., Respondent, et al., Defendant.— Order of this court, entered January 12, 1960 (ante, p. 593), is amended so as to allow the plaintiff-appellant an extension of time until the May 1960 Term of this court within which to perfect appeal. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the VILLAGE OF SANDS POINT, Petitioner, against RICHARD H. SHEPP et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion to dismiss proceeding granted, without costs, unless petitioner files note of issue, files and serves record and brief on or before April 19, 1960, and is ready for argument at the May Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK & TRUST COMPANY OF NORWICH et al., Respondents. NATIONAL BANK & TRUST COMPANY OF NORWICH, Third-Party Plaintiff-Respondent, v. DAVID MAYDOLE TOOL CORPORATION et al., Third-Party Defendants-Appellants.— The order of this court, entered January 15, 1960 (ante, p. 596), is amended so as to provide that the time of the appellants to perfect appeal, file note of issue and file and serve record and brief is extended to April 19, 1960, and that appellants be ready for argument at the May Term of this court. Any amendments or other matters having to do with the record on appeal should be settled before the Special Term. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON E. WEST, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion for an extension of time within which to perfect appeal granted and the time is extended to the November 1960 Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.